# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC<br><br>_____ | Lead Case No.<br>1:16-cv-2991-ELR<br><br>Individual Case No.<br>1:16-cv-3364-ELR |

## TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC'S SECOND AMENDMENT TO ITS COMPLAINT

Pursuant to Fed. R. Civ. P. 71.1(f) and the Court's February 4, 2020 Order (Doc. 94), Plaintiff Transcontinental Gas Pipe Line Company, LLC ("Transco") amends its Complaint in the above-captioned case to replace every instance of "Handy Land & Timber, L.P." with "Handy Land & Timber, L.L.L.P.," including in the case caption and on Exhibit B.

Except as expressly set forth herein, Transco incorporates by reference under LR 15.1, NDGa all other provisions in Transco's operative Complaint, which provisions shall remain as presently of record.

[signatures on next page]

Respectfully submitted this February 18, 2020.

|  |  |
|---|---|
| ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree St<br>Atlanta, GA 30309<br>Telephone: 404-881-7000<br>Facsimile: 404-881-7777 | By: */s/ Phil Sandick*<br>Nowell D. Berreth<br>Georgia Bar No. 055099<br>W. Clay Massey<br>Georgia Bar No. 476133<br>Phil Sandick<br>Georgia Bar No. 217486<br><br>*Counsel for Plaintiff*<br>*Transcontinental Gas Pipe Line Company, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to any filing users who may have entered an appearance in this action.

|  | By: */s/ Phil Sandick* |
|---|---|
|  | Nowell D. Berreth |
| ALSTON & BIRD LLP | Georgia Bar No. 055099 |
| One Atlantic Center | W. Clay Massey |
| 1201 West Peachtree St | Georgia Bar No. 476133 |
| Atlanta, GA 30309 | Phil Sandick |
| Telephone: 404-881-7000 | Georgia Bar No. 217486 |
| Facsimile: 404-881-7777 |  |
|  | *Counsel for Transcontinental Gas Pipe Line Company, LLC* |